■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STACY BELTRE, Also Known as STEICY BELTRE, Appellant. [805 NYS2d 305]—

Judgments, Supreme Court, Bronx County (Albert Lorenzo, J.), rendered November 13, 2003, convicting defendant, upon his pleas of guilty, of criminal sale of a controlled substance in or near school grounds and criminal possession of a controlled substance in the third degree, and sentencing him to concurrent terms of 2 to 6 years, unanimously affirmed.

By waiving his right to appeal, defendant "elect[ed] to foreclose review" (*People v Seaberg*, 74 NY2d 1, 10 [1989]; *People v Callahan*, 80 NY2d 273, 285 [1992]) of the length of his lawful sentence. Were we to find that defendant's argument is not foreclosed, we would find that defendant is not entitled, pursu-

ant to the amelioration doctrine of *People v Behlog* (74 NY2d 237 [1989]), to the benefit of the reduced penalty contained in the Drug Law Reform Act (L 2004, ch 738) because he was sentenced before the statute's effective date (*People v Walker*, 81 NY2d 661, 666-667 [1993]). Moreover, the Legislature negated the amelioration doctrine and expressly provided that the provisions of the new law defendant relies upon apply only to crimes committed after its effective date (*People v Nelson*, 21 AD3d 861 [2005]). Concur—Saxe, J.P., Marlow, Ellerin, Gonzalez and McGuire, JJ.